**Small Claims Petition**

NO. 215100233481                                                                 SS

| | | |
|---|---|---|
| Christopher D Eustice | § | In the Justice Court of Harris County, Texas |
| | § | Precinct __5__   Place __1__ |
| Plaintiff(s) | § | |
| vs. | § | |
| Wholesale Coins Direct, LLC | § | |
| | § | |
| Defendant(s) | § | |

*Plaintiff*: Christopher D Eustice

Describe the legal nature of the plaintiff *(e.g., individual, sole proprietorship, partnership, corporation)*
    individual

*Defendant*: Wholesale Coins Direct, LLC
Address: 1908 KRAMER LN BLDG B STE 300
City: AUSTIN     State: TX    Zip: 78758 USA    Date of Birth *(if applicable)*: _____

Describe the legal nature of the defendant *(e.g., individual, sole proprietorship, partnership, corporation)*
    Domestic Limited Liability Company (LLC)

*Defendant may be served by serving Lone Star Tangible Assets Management, LLC
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company)*, who may be served at
    203 Heritage Grove Road         Leander, TX 78641 USA

*(state the address for service of process).*
The defendant's usual place of business or residence, or other place where defendant can probably be found is _____
    203 Heritage Grove Road         Leander, TX 78641 USA

**Cause of Action**
*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

FDCPA violations, harassment, breach of contract, fraud

Defendant has repeatedly called Plaintiff at his residence to threaten him with arrest over orders which were never fulfilled as described

The most recent order from July 2021 was delivered at a front desk and sign for by H Vo when the Plaintiff listed a shipping address of a

house.  The harassment and FDCPA violations extend back years and Plaintiff prays for equitable tolling and for the court to acknowledge

the continuing violation of the Defendant.

**Relief Requested** *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*
$20,000

Respectfully submitted,  *Chris Eustice*
                          Printed Name: Christopher D Eustice
*Signature of Plaintiff or Plaintiff's Attorney of Record*    State Bar No. _____
Address: 655 West Forest Dr.     Houston, TX 77079
Telephone: 832-259-1634          Fax Number: _____
E-Mail Address: chris.eustice@sbcglobal.net

☑ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.